

December 6, 2019

**VIA ECF**

Hon. Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Moises Cortes v. The Bronx Bar and Grill, LLC, et. al.,* **19 Civ. 2819 (SN)**

Dear Judge Netburn:

      This firm represents the Bronx Bar and Grill, LLC and Rosa Garcia, Defendants in the above-referenced case, and I file this letter jointly with Plaintiff's counsel, pursuant to your Honor's November 25, 2019 Opinion and Order. We write to respectfully request that you so order the attached, revised settlement agreement, and dismiss this matter pursuant to the stipulation attached thereto.

      Thank you for your consideration of this matter.

                                           Respectfully submitted,

                                           /s/R. Zachary Gelber
                                           R. Zachary Gelber
                                           Gelber & Santillo PLLC
                                           347 W. 36th Street, Suite 805
                                           New York, NY 10018
                                           Tel: 212-227-4743
                                           Email: zgelber@gelbersantillo.com

cc:    Counsel of Record (by ECF)