UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MOISES CORTES,

                              Plaintiff,

              -against-

THE BRONX BAR AND GRILL, LLC, et al.,

                             Defendants.

-------------------------------------------------------------X

19-CV-2819 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on December 6, 2019, submitted an amended proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 21. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 9, 2019
                New York, New York